IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                         Case No. 21-20027-JAR-5

**DONNELL HALL,**

    **Defendant.**

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Donnell Hall's Motion for Court Assistance/Motions and Transcripts (Doc. 335). The Court sentenced Defendant on June 5, 2024, and Judgment was entered the same day. He has not filed a notice of appeal, or a motion to vacate his sentence under 28 U.S.C. § 2255. The instant motion asks for Defendant's sentencing hearing transcript, the plea agreement, the Judgment and Commitment Order, Statement of Reasons, the Indictment, and the docket sheet. He asks that the fees associated with these copies be waived due to his indigency. For the reasons stated below, Defendant's motion is granted to the limited extent he requests a copy of the docket sheet in this matter at no cost. The motion is denied to the extent he seeks any other case documents at no cost.

Under 28 U.S.C. § 2250:

> If on any application for a writ of habeas corpus an order has been made permitting the petitioner to prosecute the application in forma pauperis, the clerk of any court of the United States shall furnish to the petitioner without cost certified copies of such documents or parts of the record on file in his office as may be required by order of the judge before whom the application is pending.

This provision does not apply before an application for a writ of habeas corpus is filed.[1] Likewise, under 28 U.S.C. § 753(f), the Government shall pay transcript fees in a § 2255 proceeding "if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal."

Defendant's motion fails because he has no pending § 2255 petition, and he has failed to establish that he even intends to file a § 2255 petition. If Defendant requests, however, he can obtain copies of the record and transcript at his own expense. The Court directs the Clerk of the Court to send the docket sheet and this Order to Defendant, along with a statement of copy costs. Defendant may request any unsealed document filed in this matter and is directed to send any such request, along with the requisite fee, to the Clerk of the Court.

**IT IS THEREFORE ORDERED BY THE COURT** that Defendant Donnell Hall's Motion for Court Assistance/Motions and Transcripts (Doc. 335) is **granted in part and denied in part**. The Court directs the Clerk of the Court to send to Defendant the docket sheet, this Order, and a statement of copy costs. Defendant may request any unsealed document filed in this matter and is directed to send any such request, along with the requisite fee, to the Clerk of the Court. Defendant's motion for documents and transcripts at no cost is otherwise denied.

**IT IS SO ORDERED.**

Dated: May 6, 2025

                                                S/ Julie A. Robinson
                                                JULIE A. ROBINSON
                                                UNITED STATES DISTRICT JUDGE

---

[1] *See United States v. Lewis*, 37 F.3d 1510 (10th Cir. 1994) (unpublished table decision); *United States v. Connors*, 904 F.2d 535, 536 (9th Cir. 1990).